**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00441-CV**
_____


**IN RE THE STRONG FIRM, P.C.**

_____

**Original Proceeding**
**418th District Court of Montgomery County, Texas**
**Trial Cause No. 17-05-05631-CV**
_____

**MEMORANDUM OPINION**

The real parties in interest, Christopher Adams and Swiss CNC, LLC, filed a motion to dismiss this original proceeding because the underlying case settled. The relator, The Strong Firm, P.C., agreed with the motion to dismiss the original proceeding. The motion is granted, and we dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on December 19, 2018
Opinion Delivered December 20, 2018

Before McKeithen, C.J., Kreger, and Horton, JJ.